EXHIBIT "A"

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA
CIVIL DIVISION

**ALICIA SPEARS**, individually and on
behalf of all those similarly situated,

      Plaintiff,                         **CLASS REPRESENTATION**

v.                                  Case No.:

**UNITED SERVICES AUTOMOBILE
ASSOCIATION,**

      Defendant.

_____/

## CLASS ACTION COMPLAINT
## AND DEMAND FOR JURY TRIAL

Plaintiff, **ALICIA SPEARS** ("Spears"), individually, and on behalf of all those similarly

situated, brings this action against Defendant, **UNITED SERVICES AUTOMOBILE

ASSOCIATION** ("USAA"), and alleges as follows:

### Introduction

1.    USAA insures all its Florida individual automobile insurance policyholders using the

identical Form 5100FL(02) Rev. 10-12 policy form (the "Policy"). The Policy, as reformed to

conform with Fla. Stat. § 626.9743(5)(a), allows USAA to adjust and settle a first-party motor

vehicle total loss via a cash settlement based upon the actual cost to purchase a comparable

motor vehicle. Such "actual cost" may be derived from the retail cost as determined from a

generally recognized used motor vehicle industry source, including an electronic database. Fla.

Stat. § 626.9743(5)(a)(2).

2.    USAA purports to adjust and settle the total loss claims of all its Florida policyholders in

this manner, but it does not do so in reality, thereby breaching the Policy as to all of them.

1

Specifically, it uniformly uses the CCC ONE electronic system (the "CCC system") a proprietary product licensed from CCC Information Services Inc. ("CCC") to adjust and settle total loss claims in Florida. Use of the CCC system breaches the Policy in two major ways.

3.      First, it is not a "generally recognized used vehicle industry source" as required by the Policy and Florida law. Second, it is specifically designed to underestimate the retail cost of comparable motor vehicles, including by using "condition adjustments" to create reduced vehicle values that are not indicative of the actual cost to purchase a comparable motor vehicle. The result is that in the overwhelming majority of cases, the CCC system undervalues insured vehicles by hundreds or even thousands of dollars when compared to the retail costs provided by generally recognized used motor vehicle industry sources such as the National Auto Dealers Association ("NADA") database and the Kelly Blue Book ("KBB") database, such that USAA's breach damages all its Florida policyholders who suffer total losses.

4.      To make matters worse, USAA additionally breaches the Policy and violates Florida law by failing to pay the "Dealer Preparation Fee and/or Document Fee" required to be disclosed per Sections 501.976(11) and 520.02(2), Fla. Stat., charged by every used car dealer in Florida (the "dealer fees").  Those fees constitute part of the "actual cost to purchase a comparable motor vehicle," just like sales tax.  USAA's failure to pay these fees further damages each of its Florida policyholders who suffers a total loss by hundreds of dollars.

5.      On behalf of herself and a class of similarly situated Florida USAA automobile insurance policyholders, Spears seeks a declaratory judgment that the Policy does not allow USAA to adjust and settle total loss claims using the CCC system and that USAA must pay dealer fees. She also brings a cause of action for breach of contract on behalf of herself and those other policyholders to recover the damages they suffered as a result of USAA's use of the CCC system and refusal to pay dealer fees.  In conjunction with both causes of action, Spears seeks to recover

2

the reasonable attorneys' fees and costs required to prosecute them.

## Jurisdiction, Parties, Venue

6.      This is an action asserting class claims for declaratory relief and damages pursuant to Florida Rule of Civil Procedure 1.220(b)(1)(A), (2) and/or (3).

7.      This Court has jurisdiction because Spears seeks declaratory relief and because the amount in controversy exceeds $15,000, exclusive of interest, costs, and attorneys' fees.

8.      Currently, Spears does not have evidence to support that the amount in controversy exceeds $5,000,000.

9.      Plaintiff Alicia Spears is, and at all material times has been, a resident of Florida and insured by USAA.

10.     USAA is a Texas corporation with its principal place of business in Texas registered to do and doing business in Florida as a Foreign Profit Corporation At all times material hereto, USAA was in the business of selling automobile insurance and adjusting and settling automobile insurance claims, including the sale of Collision and Comprehensive coverages and adjustment and settlement of first-party total loss claims under those coverages.  USAA may be served with process through its registered agent for the service of process in Florida, Jimmy Patronis, the Chief Financial Officer of the Florida Department of Financial Services at 200 E Gaines St, Tallahassee, FL 32399.

11.     Venue is proper in Hillsborough County, Florida, because USAA is a Foreign Profit Corporation and it has offices for the transaction of, and agents transacting, its customary business in Hillsborough County.

12.     All conditions precedent to the maintenance of this action have occurred, have been performed, have been waived, or USAA is estopped from asserting them

## Factual Allegations Common to Spears and the Class

3

13.     USAA insures all its Florida individual automobile insurance policyholders using the identical Form 5100FL(02) Rev. 10-12 policy form (the "Policy").  The Policy provides, in pertinent part, as follows:

## PART D – PHYSICAL DAMAGE COVERAGE

### DEFINITIONS

A. **"Actual cash value"** means the amount that it would cost, at the time of loss, to buy a comparable vehicle. As applied to your covered auto, a comparable vehicle is one of the same make, model, model year, body type, and options with substantially similar mileage and physical condition.

B. **"Collision"** means the impact with an object and includes upset of a vehicle. Loss caused by the following is covered under Comprehensive Coverage and is not considered collision: fire; missiles or falling objects; hail, water or flood; malicious mischief or vandalism; theft or larceny; riot or civil commotion; explosion or earthquake; contact with bird or animal; windstorm; or breakage of window glass. If breakage of window glass is caused by a collision, you may elect to have it considered a loss caused by collision.
…
D. **"Loss"** means direct and accidental damage to the operational safety, function, or appearance of, or theft of, your covered auto or personal property contained in your covered auto. Loss includes a total loss, but does not include any damage other than the cost to repair or replace. Loss does not include any loss of use, or diminution in value that would remain after repair or replacement of the damaged or stolen property.
…

### INSURING AGREEMENT

A. Comprehensive Coverage (excluding **collision**).

1. Physical damage. **We** will pay for **loss** caused by other than **collision** to **your covered auto**, including its equipment, and personal property contained in **your covered auto**, minus any applicable deductible shown on the Declarations. However, **we** will pay for the cost of repairing or replacing the damaged windshield on **your covered auto** without a deductible.
…

B. Collision Coverage. **We** will pay for **loss** caused by **collision to your covered auto**, including its equipment, and personal property contained in **your covered auto**, minus any applicable deductible shown on the Declarations
…

### LIMIT OF LIABILITY

4

A. Total loss to **your covered auto**. **Our** limit of liability under Comprehensive Coverage and Collision Coverage is the **actual cash value** of the vehicle, inclusive of any **custom equipment**.

1. The maximum amount **we** will include Coverage is the lesser of: for **loss** to **custom equipment** in or on **your covered auto** is $5,000.

2. **We** will declare **your covered auto** to be a total loss if, in **our** judgment, the cost to **repair** it would be greater than its **actual cash value** minus its salvage value after the loss.

…

## PART E-GENERAL PROVISIONS

**CONFORMITY TO LAW**

If any of the terms of this policy conflict with state or local law, state or local law will apply

14.     Pursuant to the Limits of Liability for the Collison and Comprehensive coverages of the Policy and Fla. Stat. § 319.30, USAA has the right when presented with a claim for damages to a vehicle where the cost to repair would be greater than its actual cash value minus its salvage value to declare the vehicle a total loss and pay the lesser actual cash value. Of course, when a vehicle is stolen, it is a total loss, and USAA must pay the actual cash value.

15.     When USAA declares a vehicle a total loss, it must pay its insured the vehicle's actual cash value as defined in and pursuant to Fla. Stat. § 626.9743. To the extent the Policy on its face is inconsistent with that statute, its own terms and Florida law compel that it be reformed to conform to the statute. Thus, if USAA elects to pay a cash settlement, as it uniformly does, it must pay "the actual cost to purchase a comparable motor vehicle, including sales tax," which "cost may be derived from: … [t]he retail cost as determined from a generally recognized used motor vehicle industry source such as: … [a]n electronic database…" Fla. Sta. § 626.9743(5)(a)(2)(a). This cash settlement is almost always paid before a policyholder purchases

5

a replacement vehicle and its amount is independent of what the policyholder ends up spending, if anything. In fact, the policyholder may simply keep the cash settlement and never replace the total loss vehicle.

16.     Upon information and belief, USAA has been using the CCC system to determine the actual cash values of total loss vehicles in Florida since 2010. The CCC system has the capability to provide a variety of methods for calculating total loss vehicle values which can be chosen among by its subscribing insurance companies. Accordingly, the references herein to the "CCC system" herein are properly regarded as references to the CCC system as used by USAA in Florida.

17.     The CCC system provides total loss valuations automatically based on supposedly comparable vehicle data contained in its computer system and data on the insured's total loss vehicle entered into it by USAA's adjusters through a computer interface. Among that data entered into the CCC system are the total loss vehicle's Vehicle Identification Number ("VIN"), which provides the vehicle make, model, configuration (e.g., number of doors, engine size, equipment and options), as well as the mileage and license plate number.

18.     The CCC system starts by automatically calculating a "Base Value" for the total loss vehicle, as described below, which it adjusts based on the condition of the total loss vehicle. Specifically, USAA adjusters rate the condition of five components (mechanical, tires, paint, body, glass and interior) of the total loss vehicle as "Fair," "Good," "Very Good" or "Excellent" with the goal of adjusting the value of the total loss vehicle to reflect its actual condition as compared to the same vehicle in "Good" condition. If a component is rated "Poor," it results in a downward adjustment to the vehicle's "Base Value." If a component is rated "Good," no adjustment is made. And, if a component is rated "Very Good" or "Excellent," it results in an upward adjustment to the vehicle's "Base Value." Effectively, then, the baseline condition used

6

for total loss vehicles is "Good" condition. The result of taking the "Base Value" and making these additional "total loss vehicle component condition adjustments" is called the "Adjusted Value." From the "Adjusted Value" the applicable deductible is subtracted, resulting in the "Settlement Value." USAA pays the "Settlement Value" plus sales tax and title transfer and tag registration fees to its total loss policyholders.

19. The "Base Value" is calculated by searching the prices advertised by dealers on websites like Autotrader.com, Truecar and dealer websites for anywhere from three to twelve "comparable vehicles" located as close as possible to the insured's residence, adjusting the advertised prices up or down based on mileage, optional equipment and a "Uniform Condition Adjustment" (see below) and then averaging the adjusted prices. Upon information and belief, the CCC system omits some of the highest priced comparable vehicles in the area in order to decrease the "Base Value."

20. The supposed purpose of the "Uniform Condition Adjustment" to the "Base Value" is to adjust the comparable vehicles to the "Good" condition which is used as the baseline condition for the total loss vehicle. To do this, the CCC system assumes all of the "comparable vehicles" being offered for sale via a retail advertisement have an overall condition of "Very Good," and it makes a uniform downward price adjustment to all of them to supposedly find their values if they were only in "Good" condition like the total loss vehicle. This assumption that all of the "comparable vehicles" are in "Very Good" condition is unwarranted, because CCC personnel, on average, do not inspect any or inspect only one of the "comparable vehicles" used in a valuation, so they have no actual knowledge of the conditions of virtually all of the "comparable vehicles."

21. This systematic downward adjustment, which Spears terms the "Uniform Condition Adjustment," results in a flat and uniform value decrease for each of the "comparable vehicles," thereby lowering the average adjusted prices for the "comparable vehicles," and thereby

7

lowering the total loss vehicle's "Base Value."  The CCC system's application of downward adjustments of the exact same dollar amounts to "comparable vehicles" with advertised prices that differ by thousands of dollars could not possibly serve its stated purpose, because vehicles with such different advertised prices could not all be adjusted to "Good" condition from supposedly "Very Good" condition by the exact same dollar amount reductions.

22.    Accordingly, USAA's use of "Uniform Condition Adjustments" to supposedly reduce "comparable vehicles" from an assumed "Very Good" condition to a "Good" condition when creating the "Base Value" is arbitrary and capricious and is not calculated to and does not result in the actual retail cost to purchase a comparable motor vehicle. Further, if CCC's assumption that **all** or even the majority of dealer cars have a condition of "Very Good" or above is correct, such vehicles realistically constitute the comparable motor vehicles available to purchase by an insured at retail, and their "retail cost" should not be adjusted downward to the "Good" condition under the terms of Fla. Stat. § 626.9743(5)(a)(2) and the conformed Policy. Simply put, the use of "Uniform Condition Adjustments" by USAA is illegitimate, in breach of the Policy and in violation of Florida law.

23.    The CCC system's methodology is different from that of the two most well-known sources of used car values that are generally recognized in the used motor vehicle industry, NADA and KBB.  The NADA and KBB databases use actual sales data, not "adjusted" advertised prices, from a multi-state region.  They each provide a "retail clean" or "dealer" value, which would be the appropriate value to use given that Fla. Stat. § 626.9743(5)(a)(2) requires actual cash value to be based on the retail cost. Regardless of the reasons, in the vast majority of cases, the CCC methodology results in "Adjusted Values" that are lower than the NADA and KBB retail clean or dealer values.  Indeed, upon information and belief, CCC presents marketing materials, workshops, and training to prospective, and current, insurance company clients stating that the

8

average market value as determined by the CCC system option of using adjusted advertised prices will result in lower total loss valuations and indemnity savings as compared to using NADA or KBB. USAA claims adjusters could in every case obtain the NADA retail clean value contemporaneous to the date of loss through NADA's free online database, but USAA chooses not to do so based upon the uniform, pre-determined company policy to exclusively use the CCC system. Significantly, NADA offers subscribers to its electronic database the ability to obtain retail clean values at any specific dates in the past ten (10) years.

24.    Every USAA policyholder whose total loss claim is adjusted by the CCC system in Florida receives a CCC ONE Market Valuation Report ("CCC Report") setting forth the CCC system valuation.   This report is retained in USAA's electronic claims records.   Despite having the access to evaluate its claims using the NADA electronic database, USAA uniformly refuses to use the NADA value in calculating the actual cash value of its policyholders' total loss vehicles. In fact, USAA refuses to negotiate the "Base Value" calculated by the CCC system.

25.    The CCC system does not comply with Fla. Stat. § 626.9743(5)(a)(2)(a) and, thus, breaches the Policy for two major reasons.   First, it is not "a generally recognized used motor vehicle industry source" for the "retail cost" of used motor vehicles.   No participants in the used motor vehicle industry use the CCC system—not dealers, not wholesalers, not buyers' agents, not banks, not vehicle lenders, and not consumer buyers.   Indeed, the CCC system is not available to consumers, and it is not even marketed to the motor vehicle industry as whole.   Rather, CCC only offers the CCC system as a subscription service to insurance companies, which are not part of the used motor vehicle industry. Second, its selective exclusion of the "comparable vehicles" with the highest advertised prices and its use of systematic downward "Uniform Condition Adjustments" does not result in retail costs.

26.     While USAA may try to argue otherwise, the CCC system is also not designed to and does not comply with Fla. Stat. § 626.9743(5)(a)(1). When that provision states "the actual cost to purchase a comparable motor vehicle… may be derived from:…the **cost** of two or more such comparable vehicles available within the preceding 90 days" (if "comparable motor vehicles are available in the local market area"), it means the actual cost of buying from private parties, which could only be determined by directly contacting those private parties and obtaining quotes for purchase.  It does not provide for use of an electronic database or system at all, much less one that skews the choice of comparable vehicles to cheat its policyholders and that starts with mere advertised prices and applies automated deductions to adjust the condition and value of vehicle away from actual pricing. Nor does it mean determining retail prices by getting quotes from dealers, because that is the option provided by Fla. Stat. § 626.9743(5)(a)(3).

27.     Further, despite any USAA claim to the contrary, the CCC system is not designed to and does not comply with Fla. Stat. § 626.9743(5)(a)(3).  It does not obtain "quotes" from dealers—the actual prices for which they commit to sell the cars.  Rather, it takes advertised prices and makes illegitimate "Uniform Condition Adjustments" to those advertised prices, as requested by USAA.

28.     In Florida, the "actual cost to purchase a comparable vehicle" and its "retail cost" necessarily include numerous fees, including title and license plate registration fees and sales tax, because the State of Florida requires a dealer to collect those amounts in connection with the sale and registration of a used motor vehicle. While USAA pays title, license plate and sales tax, the "actual cost to purchase a comparable vehicle" also includes dealer fees, because used car dealers in the State of Florida uniformly charge such dealer fees. Despite this, USAA uniformly refuses to pay these dealer fees which are not included in its CCC Reports.

**Factual Allegations as to USAA's Treatment of Spears**

10

29.      On or about December 12, 2017, Spears's vehicle (the "Covered Vehicle"), a 2013 Hyundai Sonata SE, was involved in motor vehicle accident which rendered the vehicle a total loss. At that time, Spears was a contracting party and named insured under the Policy issued by USAA, which was in full force and effect.

30.      On or about December 20, 2017, Spears made a total loss claim with USAA for payment on her Covered Vehicle. On January 2, 2018, USAA affirmed Collision coverage for the Covered Vehicle as a total loss.

31.      Also on January 2, 2018, under a cover letter of that date, USAA sent Spears a CCC Report claiming an "Adjusted Value" of the Covered Vehicle of $10,400.00. This value represented a "Base Value" of $10,125, plus a "total loss vehicle component condition adjustment" of +$275.00 for the "Very Good" condition of the Covered Vehicle's body.  The CCC system calculated the "Base Value" of $10,125 by averaging the adjusted prices of twelve "comparable vehicles," only one of which CCC claimed to have inspected.  The advertised prices of the "comparable vehicles" ranged from a low of $7,999 to a high of $13,295. Despite this huge variance in advertised price, the CCC system applied a "Uniform Condition Adjustment" of -$681.00 to all twelve "comparable vehicles" used to calculate the "Base Value." Neither the cover letter nor the CCC Report contained an adjustment for or offered to pay dealer fees. A redacted copy of the January 2, 2018 cover letter and enclosed CCC Report is attached hereto as Exhibit A.

32.      Although Spears was unhappy with USAA's valuation of the Covered Vehicle, because she was unsure how to challenge it and felt certain that it would take more time than she could afford given that she urgently needed a new vehicle for transportation and to pay off the loan on the Covered Vehicle, Spears accepted USAA's offer to pay $10,400 as the Covered Vehicle's actual cash value, plus $674.00 in sales tax, $77.75 in title transfer fees, and $4.50 in transfer

11

license plate fees.

33.     A later-run NADA report showed that the clean retail or dealer value of the Covered Vehicle was in fact $12,025 for a non-dealer certified vehicle. Thus, Spears's vehicle was undervalued by approximately $1,625, not including an additional $97.50 of applicable sales tax on this additional value. A true and correct copy of the NADA report is attached hereto as Exhibit B.

34.     Recalculating USAA's "comparable vehicles" and the Covered Vehicle without any condition adjustments whatsoever results in a valuation of $10,806, still $1,219 short of the actual replacement cost at retail as evidenced by the NADA report. Even keeping the favorable "total loss vehicle component condition adjustment" of +$275, the resulting Covered Vehicle valuation would be $11,081, $944 less than the actual replacement cost at retail as evidenced by the NADA report. In addition to showing that the CCC system uses the "Uniform Condition Adjustment" to systematically lower the actual cash value paid to less than the real cost to purchase a comparable vehicle at retail, this demonstrates that the CCC system selects "comparable vehicles" or uses some other technique to deliberately undervalue total loss vehicles without even taking into consideration the "Uniform Condition Adjustment" and dealer fees.

**Class Action Allegations**

35.     Pursuant to Florida Rule of Civil Procedure 1.220(b)(1)(A), (2) & (3), Spears brings Count I of this action for declaratory judgment on her own behalf and on behalf of the Class defined below. Pursuant to Rule 1.220(b)(1)(A) & (3), she brings Count II for breach of contract on his own behalf and on behalf of the Class defined below

36.     The Class consists of and is defined as all individuals who: (a) on or after October, 1, 2013; (b) are or were covered by a USAA Florida personal automobile insurance policy; (c) made a claim under the Collision or Comprehensive coverage of that policy for damage or loss to

12

a covered vehicle which USAA accepted and treated as a total loss claim; and (d) USAA paid the claim or offered to pay the claim (which offer remains unaccepted) on a cash settlement basis with the actual cash value derived from the CCC system (hereafter the "Class"). The class period will be from October 1, 2013, to the date of class certification (hereinafter the "Class Period").

37.     Spears reserves the right to amend the Class and/or add sub-class definitions as discovery proceeds and to conform to the evidence.

38.     While the exact number of Class members is unknown at this time, Spears submits, based upon her counsel's representation of automobile accident victims in Florida, that there are at least a hundred USAA policyholders spread throughout the State of Florida who are potential Class members in this action. Accordingly, separate joinder of all Class members would be impracticable.

39.     This action poses questions of law and fact that are common to and affect the rights of all members of the Class. Such questions of law and fact common to the Class include, but are not limited to, the following:

a.   Whether USAA's use of the CCC system to adjust and settle first-party motor vehicle total losses breaches the Policy and violates Florida law?

b.   Whether USAA's refusal to pay dealer fees breaches the Policy and violates Florida law?

c.   Whether Spears and the other Class members were damaged by USAA's use of the CCC system in the amount of the difference between the "Base Value" of the total loss vehicle and the NADA retail clean or dealer value for the vehicle?

d.   Whether Spears and the other Class members were damaged in the amount of the dealer fees USAA refused to pay?

e.   Whether Spears and the other Class members still insured by USAA are entitled to a declaration of their rights under the Policy and Florida law in the event they suffer a total loss to a covered vehicle?

f.   Whether Spears and the other Class members are entitled to recover reasonable attorneys' fees and costs in connection with the successful prosecution of their declaratory judgment and/or breach of contract causes of action?

40.   Spears's claims are typical of the claims of the other members of the Class, because they all arise out of the exact same policies and practices of USAA and under the exact same theories of law.

41.    Spears will adequately represent the Class, because she and the undersigned counsel she has retained have no conflicts of interest with the other Class members, she is ready, willing and able to represent the Class, and the undersigned retained attorneys are very experienced class action practitioners with extensive experience in prosecuting class actions against automobile insurers.

42.    Spears's and the Class's declaratory judgment and breach of contract causes of action may be maintained as a class action pursuant to Rule 1.220(b)(1)(A) because the prosecution of separate claims by individual Class members would create a risk of inconsistent or varying adjudications concerning individual members of the Class which would establish incompatible standards of conduct for USAA.  For example, the court in one case might rule that USAA must pay dealer fees while another might rule that it does not have to do so.  USAA would be left in an untenable legal limbo in such an event because Florida law requires it to treat all insureds the same under similar circumstances.

43.   Spears's declaratory judgment cause of action may also be maintained as a class action pursuant to Rule 1.220(b)(2), because USAA has acted and refused to act on grounds generally

14

applicable to all members of the Class, thereby making final declaratory relief concerning the Class as a whole appropriate. Specifically, USAA has in the past and will in the future adjust total loss claims the exact same way in breach of the Policy and in violation of Florida law, making declaratory relief for the Class as to its members' rights under the Policy and Florida law appropriate.

44. Spears's declaratory judgment and breach of contract causes of action may also be maintained as a class action pursuant to Rule 1.220(b)(3), because the questions of law or fact common to Spears and the Class predominate over any questions of law or fact affecting only individual Class members, and a class action is superior to other available methods for the fair and efficient adjudication of the controversy. As demonstrated by paragraph 39 above, all the questions necessary for resolution of USAA's liability to Spears and the Class are common. The only individual issues are the amounts of damages, and they may be calculated on a mechanical, ministerial basis without the need for the trier of fact to decide them.

45. More specifically, the damages to each Class member from USAA's use of the CCC system can be calculated by subtracting the "Base Value' from the NADA value. To the extent any NADA values are not in USAA's possession, they can be obtained from the NADA system. Spears can also provide evidence of the average dealer fees in Florida, which amount can be awarded to every Class member for USAA's refusal to pay dealer fees.

46. A class action is superior because the amounts recoverable by individual Class members are not sufficient to justify individual suits against a large corporation like USAA which can be expected to vigorously defend every such suit. For that reason, Class members do not have a real interest in individually controlling their separate claims. Further, the overwhelming majority of Class members do not even know they have such claims to sue over. This is demonstrated by the fact that there do not appear be any pending individual suits in Florida over these issues. Simply

15

put, there are no alternatives to a class action to resolve this controversy.

47.     Even if individual suits were feasible and likely to be filed, it would be highly inefficient and a waste of the parties' and the court system's resources to repeatedly adjudicate the same factual and legal issues. Plus, it could result in undesirable inconsistent adjudications as set forth above. Thus, it is highly desirable to concentrate the litigation in this forum, which is well equipped to resolve the controversy for all Class members and USAA.

48.     There are no unusual difficulties likely to be encountered in the management of this case as a class action. Florida law applies to all Class members' claims, and the legal issues are simple matters of statutory and contractual interpretation. All Class members are readily ascertainable from USAA's records, including physical addresses and email addresses (in most cases), making the provision of notice routine. Also, as previously explained, damages are easily and readily calculable for each Class member on a mechanical, ministerial basis.

### Count I – Class Action for Declaratory Relief

49.     Spears and the Class re-allege and incorporate by reference Paragraphs 1-48 above.

50.     Spears and the Class take the positions that the Policy as reformed to conform with Fla. Stat. § 626.9743(5)(a) (if necessary): (a) does not allow USAA to adjust and settle first-party motor vehicle total losses using the CCC system; and (b) requires it to pay dealer fees on total loss claims. USAA disagrees with these positions and uniformly uses the CCC system to adjust and settle such claims and refuses to pay dealer fees in connection with such claims.

51.     Spears and the other Class members still insured by USAA are in doubt concerning their rights, and a bona fide present controversy exists between them and USAA concerning the proper interpretation of Fla Stat. § 626.9743(5)(a) and the Policy, and the parties' respective rights and obligations thereunder.

52.     The rights, status, or other equitable or legal relations of the parties are affected by the Policy and Fla Stat. § 626.9743(5)(a).  Accordingly, pursuant to Fla. Stat. § 86.021, Spears and the other Class members may obtain a declaration of their rights, status, or other equitable or legal relations thereunder.

53.     Spears has retained the undersigned counsel to prosecute this action and is entitled to recover her reasonable attorneys' fees and costs pursuant to Fla. Stat. § 627.428.

### Count II- Class Action for Breach of Contract

54.     This is a class action for breach of contract brought by Spears and the Class against USAA.

55.     Spears and the Class re-allege and incorporate by reference Paragraphs 1-48 above.

56.     The Policy constitutes binding contacts between USAA and Spears and the other Class members. By its own terms and Florida law, to the extent the Policy's express terms regarding the adjustment and settlement of first-party motor vehicle total losses on the basis of actual cash value vary from the provisions of Fla. Stat. § 626.9743(5)(a), it is deemed reformed to conform with that statute.

57.     As explained above, by using the CCC system to adjust and settle the first-party motor vehicle total losses of Spears and the Class, USAA breached the Policy as to them. Such breach proximately injured Spears and each Class member in the amount of the difference between the "Base Value" calculated by the CCC system for the Class member's total loss vehicle and the NADA database retail clean or dealer value for the vehicle.

58.     As explained above, by refusing to pay Spears and the Class the dealer fees they would presumptively incur, USAA breached the Policy.  Such breach proximately injured Spears and each Class member in the amount of the dealer fees.

59.     Pursuant to Fla. Stat. § 627.428, Spears is entitled to recover her reasonable attorneys' fees and costs incurred in prosecuting this suit.

## REQUEST FOR RELIEF

**WHEREFORE,** Plaintiff Alicia Spears and the Class respectfully request the Court to award the following relief against USAA:

a. Issue an order certifying that this action is properly maintainable as a class action under Rule 1.220(b)(1)(a), (2) and/or (3) and appointing Spears to represent the Class defined herein;

b. Issue an order appointing the undersigned law firms as class counsel;

c. Grant a judgment pursuant to Count I against USAA to Spears and the other members of the Class still insured by USAA declaring the parties' respective rights and obligations under the Policy and Florida law as set forth above;

d. Grant a judgment pursuant to Count II against USAA awarding Spears and the other members of the Class damages for breach of contract as set forth above;

e. Grant a judgment against USAA pursuant to Counts I and/or II awarding Spears and the Class their reasonable attorneys' fees and costs incurred in this action pursuant to Fla. Stat. § 627.428;

f. Grant a judgment pursuant to Count II against USAA awarding Spears and the Class pre-judgment and post-judgment interest at the maximum rates permissible at law or in equity; and

g. Grant a judgment against USAA awarding Spears and the Class all such other and further relief, general or special, legal or equitable, to which they may be justly entitled.

## Demand for Jury Trial

18

Spears and the Class hereby demand a trial by jury on all the issues so triable.

Respectfully Submitted,

*/s/Scott R. Jeeves*_____
Scott R. Jeeves, Esquire FBN 0905630
Primary Email: sjeeves@jeeveslawgroup.com
Secondary Email: khill@jeeveslawgroup.com
              lawclerk@jeeveslawgroup.com
              rmandel@jeevesmandellawgroup.com
**THE JEEVES LAW GROUP, P.A**.
954 First Avenue North
St. Petersburg, FL 33705
Telephone: (727) 894-2929

and

Craig E. Rothburd, Esquire FBN 49182
Email: crothburd@e-rlaw.com
**CRAIG E. ROTHBURD, P.A.**
320 W. Kennedy Blvd., Suite 700
Tampa, FL 33606
Primary Email: crothburd@e-rlaw.com
Secondary Email: mropp@e-rlaw.com
Telephone: (813) 251-8800

and

Casim Adam Neff, Esquire FBN 94030
**Neff Insurance Law, PLLC**

P.O. Box 15063
St. Petersburg, FL 33733-5063
Telephone: (727) 342-0617
Primary: cneff@neffinsurancelaw.com

**ATTORNEYS FOR PLAINTIFF ALICIA
SPEARS AND THE CLASS**

19

Exhibit A

USAA®

# TOTAL LOSS SETTLEMENT

ALICIA SPEARS

## Review Your Settlement

January 2, 2018

Dear Mrs. Spears,

This letter confirms our conversation on December 12, 2017 notifying you that your vehicle referenced below is a total loss.

USAA policyholder:
Claim number:
Date of loss:      December 12, 2017
Vehicle:      2013 HYUNDAI SONATA 4D SE/LTD
VIN:

The settlement figure of $11,156.25 is represented as follows:

| | |
|---|---|
| Vehicle's actual cash value | $10,400.00 |
| State sales tax | $674.00 |
| Transfer fee | $77.75 |
| Registration fee | $4.50 |

If you agree with this amount, a payment for $11,156.25 will be sent separately. If you have questions, please call us at 210-531-USAA (8722), our mobile shortcut #8722 or 800-531-USAA (8722).

## How to Contact Us

Please send any correspondence or questions to us using one of the following options and include the claim/reference number above on each page:

**usaa.com or our mobile app:**      Upload documents or post a secure message to your claim file through the Claim Communication Center.

**Address:**      Salvage Recovery
P.O. Box 659474
San Antonio, TX 78265

017603066 - DM-04664 - 9 - 9999 - 01      54542-1217

 Fax: 1-800-531-8669

 Phone: 1-800-531-8722

Sincerely,

Chantel Moreno

Chantel Moreno
TOTAL LOSS SAT 15
United Services Automobile Association

Enclosed:   PR UPDATED/DOL DIFFERS
                Valuation Estimate

 LexisNexis®

**For Customer Support refer to the appropriate platform below:**

**OrderPoint**
800-934-9698
Orderpoint.support@lexisnexis.com

**Accurint for Insurance**
866-277-8407
Accurint.support@lexisnexis.com

**Lexis.com**
Law Firm accounts
800-543-6862

PAGE COUNT: 5

CLIENT :    USAA
DIVISION :    SER1
ADJUSTER :   KANSAS HENDERSO
CLAIM :

TRANSACTION # :    685857342
DATE :            12/20/2017

DATE OF LOSS :                 TIME OF LOSS : 0300
STREET :          SHELDON ROAD
CITY :            TAMPA
COUNTY :         HILLSBOROUGH
STATE :           FL

INVESTIGATING AGENCY :    HILLSBOROUGH CO SO
REPORT NUMBER :          878052
REPORT TYPE :            Auto Accident
PARTY 1 :                ALICIA SPEARS
PARTY 2 :                STEVEN BRADEN
PARTY 3 :

CAR :                 MAKE :        YEAR :
                       TAG :   UNK

DRIVER LICENSE :
ADDITIONAL INFO :

NOTE :

THANK YOU FOR YOUR ORDER!

USAA Confidential

0901119c9d4e4f5c

# CCC ONE — MARKET VALUATION REPORT

*Prepared for USAA*

 ## REPORT SUMMARY

### CLAIM INFORMATION

Owner

| | |
|---|---|
| Loss Vehicle | 2013 Hyundai Sonata GLS Automatic |
| Loss Incident Date | 12/12/2017 |
| Claim Reported | 12/20/2017 |

The CCC ONE® Market Valuation Report reflects CCC Information Services Inc.'s opinion as to the value of the loss vehicle, based on information provided to CCC by USAA.

Loss vehicle has 22% fewer than average mileage of 73,900.

 ### INSURANCE INFORMATION

| | |
|---|---|
| Report Reference Number | 87048945 |
| Claim Reference | |
| Adjuster | Dale, Jerrell |
| Odometer | 57,627 |
| Last Updated | 12/20/2017 10:58 AM |

 ### VALUATION SUMMARY

| | |
|---|---|
| **Base Vehicle Value** | **$ 10,125.00** |
| Condition Adjustment | + $ 275.00 |
| **Adjusted Vehicle Value** | **$ 10,400.00** |
| Vehicular Tax (6.4808%) | + $ 674.00 |
| Tax reflects applicable state, county and municipal taxes. | |

| **Total** | **$ 11,074.00** |
|---|---|

The total may not represent the total of the settlement as other factors (e.g. license and fees) may need to be taken into account.

#### BASE VEHICLE VALUE

This is derived from comparable vehicle(s) available or recently available in the marketplace at the time of valuation, per our valuation methodology described on the next page.

#### ADJUSTED VEHICLE VALUE

This is determined by adjusting the Base Vehicle Value to account for the actual condition of the loss vehicle and certain other reported attributes, if any, such as refurbishments and after factory equipment.

#### Inside the Report

Valuation Methodology...........................2
Vehicle Information...............................3
Vehicle Condition................................6
Comparable Vehicles..............................7
Valuation Notes.................................14
Supplemental Information........................15

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

0901119c9d4c5b9c

USAA Confidential

10/1/2018 5:00 PM Electronically Filed: Hillsborough County/13th Judicial Circuit Page 24

# VALUATION METHODOLOGY

## How was the valuation determined?



### CLAIM INSPECTION

USAA has provided CCC with the zip code where the loss vehicle is garaged, loss vehicle VIN, mileage, equipment, as well as loss vehicle condition, which is used to assist in determining the value of the loss vehicle.



### DATABASE REVIEW

CCC maintains an extensive database of vehicles that currently are or recently were available for sale in the U.S. This database includes vehicles that CCC employees have physically inspected, as well as vehicles advertised for sale by dealerships or private parties. All of these sources are updated regularly.



### SEARCH FOR COMPARABLES

When a valuation is created the database is searched and comparable vehicles in the area are selected. The zip code where the loss vehicle is garaged determines the starting point for the search. Comparable vehicles are similar to the loss vehicle based on relevant factors.



### CALCULATE BASE VEHICLE VALUE

Adjustments to the price of the selected comparable vehicles are made to reflect differences in vehicle attributes, including mileage and options. Dollar adjustments are based upon market research.

Finally, the Base Vehicle Value is the straight average of the adjusted values of the comparable vehicles.



© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

0901119c9d4c5b9c

USAA Confidential

10/1/2018 5:00 PM Electronically Filed: Hillsborough County/13th Judicial Circuit Page 25



# CCC ONE MARKET VALUATION REPORT

## 🚗 VEHICLE INFORMATION

### VEHICLE DETAILS

| | |
|---|---|
| Location | |
| VIN | |
| Year | 2013 |
| Make | Hyundai |
| Model | Sonata |
| Trim | GLS |
| Body Style | Automatic |
| Body Type | Sedan |
| Engine - | |
|    Cylinders | 4 |
|    Displacement | 2.4L |
|    Fuel Type | Gasoline |
|    Carburation | Direct Injection |
| Transmission | Automatic Transmission Overdrive |
| Curb Weight | 3199 lbs |

Vehicles sold in the United States are required to have a manufacturer assigned Vehicle Identification Number(VIN). This number provides certain specifications of the vehicle.

Please review the information in the Vehicle Information Section to confirm the reported mileage and to verify that the information accurately reflects the options, additional equipment or other aspects of the loss vehicle that may impact the value.

### VEHICLE HISTORY SUMMARY

| | | |
|---|---|---|
| CCC VINguard® | | |
| | 16 Vehicle Market History Information | 01/29/2017 |
| Experian AutoCheck | Title Check | |
| National Highway Traffic Safety Administration | 5 Recalls | |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

0901119c9d4c5b9c

USAA Confidential

10/1/2018 5:00 PM Electronically Filed: Hillsborough County/13th Judicial Circuit Page 26



# CCC≋ONE MARKET VALUATION REPORT

# 🚐 VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| Odometer | 57,627 | |
| Transmission | Automatic Transmission | ✓ |
| | Overdrive | ✓ |
| Power | Power Steering | ✓ |
| | Power Brakes | ✓ |
| | Power Windows | ✓ |
| | Power Locks | ✓ |
| | Power Mirrors | ✓ |
| | Power Driver Seat | 🗐 |
| | Power Trunk/Gate Release | ✓ |
| Decor/Convenience | Air Conditioning | ✓ |
| | Tilt Wheel | ✓ |
| | Cruise Control | ✓ |
| | Rear Defogger | ✓ |
| | Intermittent Wipers | ✓ |
| | Console/Storage | ✓ |
| | Overhead Console | 🗐 |
| | Keyless Entry | ✓ |
| | Telescopic Wheel | ✓ |
| | Home Link | 🗐 |
| Seating | Cloth Seats | ✓ |
| | Bucket Seats | ✓ |
| | Reclining/Lounge Seats | 🗐 |
| | Heated Seats | 🗐 |
| Radio | AM Radio | ✓ |
| | FM Radio | ✓ |
| | Stereo | ✓ |
| | Search/Seek | ✓ |
| | CD Player | ✓ |
| | Steering Wheel Touch Controls | ✓ |
| | Auxiliary Audio Connection | ✓ |
| | Satellite Radio | ✓ |

To the left is the equipment of the loss vehicle that USAA provided to CCC.

✓ **Standard** This equipment is included in the base configuration of the vehicle at time of purchase.

🗐 **Additional** Equipment that is not Standard but was noted to be on the loss vehicle.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

0901119c9d4c5b9c

USAA Confidential



# CCC ONE  MARKET VALUATION REPORT

# 🚐 VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| Wheels | Aluminum/Alloy Wheels | ✓ |
| | Locking Wheels | 🖾 |
| Safety/Brakes | Air Bag (Driver Only) | ✓ |
| | Passenger Air Bag | ✓ |
| | Anti-lock Brakes (4) | ✓ |
| | 4-wheel Disc Brakes | ✓ |
| | Front Side Impact Air Bags | ✓ |
| | Head/Curtain Air Bags | ✓ |
| | Communications System | ✓ |
| | Hands Free | ✓ |
| | Alarm | ✓ |
| | Traction Control | ✓ |
| | Stability Control | ✓ |
| Exterior/Paint/Glass | Dual Mirrors | ✓ |
| | Heated Mirrors | ✓ |
| | Aftermarket Film Tint | 🖾 |
| | Fog Lamps | 🖾 |
| | Clearcoat Paint | 🖾 |
| | Metallic Paint | 🖾 |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

0901119c9d4c5b9c

USAA Confidential



# MARKET VALUATION REPORT

# 🚐 VEHICLE CONDITION

## COMPONENT CONDITION

|  | Condition | Inspection Notes | Value Impact |
|---|---|---|---|
| Mechanical | GOOD | engine partially smashed using good as default | $ 0 |
| Tires | GOOD | lf-5,lr-5,rr-4,rf-4 | $ 0 |
| Paint | GOOD | slight scratches on rear bumper and passenger side | $ 0 |
| Body | VERY GOOD | no dents | $ 275 |
| Glass | GOOD | windshield cracked using good as default | $ 0 |
| Interior | GOOD | slight soiled from accident using good as default | $ 0 |

Total Condition Adjustment $ 275

USAA uses condition inspection guidelines to determine the condition of key components of the loss vehicle prior to the loss. The guidelines describe physical characteristics for these key components, for the condition selected based upon age. Inspection Notes reflect observations from the appraiser regarding the loss vehicle's condition.

CCC makes dollar adjustments that reflect the impact the reported condition has on the value of the loss vehicle as compared to Good condition. These dollar adjustments are based upon interviews with dealerships across the United States.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

0901119c9d4c5b9c

USAA Confidential

10/1/2018 5:00 PM Electronically Filed: Hillsborough County/13th Judicial Circuit Page 29

## 🔍 COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| Odometer | 57,627 | 59,574 | 54,231 | 31,682 |
| Automatic Transmission | ✓ | ✓ | ✓ | ✓ |
| Overdrive | ✓ | ✓ | ✓ | ✓ |
| Power Steering | ✓ | ✓ | ✓ | ✓ |
| Power Brakes | ✓ | ✓ | ✓ | ✓ |
| Power Windows | ✓ | ✓ | ✓ | ✓ |
| Power Locks | ✓ | ✓ | ✓ | ✓ |
| Power Mirrors | ✓ | ✓ | ✓ | ✓ |
| Power Driver Seat | ✓ | ✓ | ✓ | ✓ |
| Power Trunk/Gate Release | ✓ | ✓ | ✓ | ✓ |
| Air Conditioning | ✓ | ✓ | ✓ | ✓ |
| Tilt Wheel | ✓ | ✓ | ✓ | ✓ |
| Cruise Control | ✓ | ✓ | ✓ | ✓ |
| Rear Defogger | ✓ | ✓ | ✓ | ✓ |
| Intermittent Wipers | ✓ | ✓ | ✓ | ✓ |
| Console/Storage | ✓ | ✓ | ✓ | ✓ |
| Overhead Console | ✓ | ✓ | ✓ | ✓ |
| Keyless Entry | ✓ | ✓ | ✓ | ✓ |
| Telescopic Wheel | ✓ | ✓ | ✓ | ✓ |
| Home Link | ✓ | X | X | X |
| Remote Starter | X | X | ✓ | X |
| Cloth Seats | ✓ | ✓ | ✓ | ✓ |
| Bucket Seats | ✓ | ✓ | ✓ | ✓ |
| Reclining/Lounge Seats | ✓ | X | X | X |
| Heated Seats | ✓ | X | X | ✓ |
| AM Radio | ✓ | ✓ | ✓ | ✓ |
| FM Radio | ✓ | ✓ | ✓ | ✓ |
| Stereo | ✓ | ✓ | ✓ | ✓ |
| Search/Seek | ✓ | ✓ | ✓ | ✓ |
| CD Player | ✓ | ✓ | ✓ | ✓ |
| Steering Wheel Touch Controls | ✓ | ✓ | ✓ | ✓ |
| Auxiliary Audio Connection | ✓ | ✓ | ✓ | ✓ |
| Satellite Radio | ✓ | ✓ | ✓ | ✓ |
| Aluminum/Alloy Wheels | ✓ | ✓ | ✓ | ✓ |
| Locking Wheels | ✓ | X | X | X |
| Drivers Side Air Bag | ✓ | ✓ | ✓ | ✓ |
| Passenger Air Bag | ✓ | ✓ | ✓ | ✓ |
| Anti-lock Brakes (4) | ✓ | ✓ | ✓ | ✓ |
| 4-wheel Disc Brakes | ✓ | ✓ | ✓ | ✓ |
| Front Side Impact Air Bags | ✓ | ✓ | ✓ | ✓ |

Comp 1    Updated Date: 10/31/2017
2013 Hyundai Sonata GLS Automatic 4
2.4l Gasoline Direct Injection
VIN 5NPEB4AC3DH667739
Dealership Hyundai Of Wesley Chapel
Telephone (813) 751-0999
Source Autotrader
Stock # HP667170
Distance from Land O Lakes, FL
6 Miles - Wesley Chapel, FL

Comp 2    Updated Date: 11/03/2017
2013 Hyundai Sonata GLS Automatic 4
2.4l Gasoline Direct Injection
VIN 5NPEB4AC8DH592739
Dealership Hyundai Of Wesley Chapel
Telephone (813) 751-0999
Source Autotrader
Stock # H172386B
Distance from Land O Lakes, FL
6 Miles - Wesley Chapel, FL

Comp 3    Updated Date: 12/05/2017
2013 Hyundai Sonata GLS Automatic 4
2.4l Gasoline Direct Injection
VIN 5NPEB4AC9DH661213
Dealership Hyundai Of Wesley Chapel
Telephone (813) 751-0999
Source Autotrader
Stock # H180387A
Distance from Land O Lakes, FL
6 Miles - Wesley Chapel, FL

Comparable vehicles used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

*The **Condition Adjustment** sets that comparable vehicle to Good condition, which the loss vehicle is also compared to in the Vehicle Condition section.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

0901119c9d4c5b9c

USAA Confidential

10/1/2018 5:00 PM Electronically Filed: Hillsborough County/13th Judicial Circuit Page 30

# CCC ONE. MARKET VALUATION REPORT

 COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| Head/Curtain Air Bags | ✓ | ✓ | ✓ | ✓ |
| Communications System | ✓ | ✓ | ✓ | ✓ |
| Hands Free | ✓ | ✓ | ✓ | ✓ |
| Alarm | ✓ | ✓ | ✓ | ✓ |
| Traction Control | ✓ | ✓ | ✓ | ✓ |
| Stability Control | ✓ | ✓ | ✓ | ✓ |
| Dual Mirrors | ✓ | ✓ | ✓ | ✓ |
| Heated Mirrors | ✓ | ✓ | ✓ | ✓ |
| Tinted Glass | x | ✓ | ✓ | ✓ |
| Aftermarket Film Tint | ✓ | x | x | x |
| Fog Lamps | ✓ | ✓ | ✓ | ✓ |
| Rear Spoiler | x | ✓ | x | ✓ |
| Clearcoat Paint | ✓ | x | x | x |
| Metallic Paint | ✓ | ✓ | x | ✓ |
| **List Price** | | $ 10,949 | $ 10,984 | $ 11,796 |
| **Adjustments:** | | | | |
| Options | | + $ 111 | + $ 172 | - $ 39 |
| Mileage | | + $ 103 | - $ 171 | - $ 1,228 |
| Condition[1] | | - $ 681 | - $ 681 | - $ 681 |

| Options | Loss Vehicle | Comp 4 | Comp 5 | Comp 6 |
|---|---|---|---|---|
| Odometer | 57,627 | 90,832 | 62,925 | 60,260 |
| Automatic Transmission | ✓ | ✓ | ✓ | ✓ |
| Overdrive | ✓ | ✓ | ✓ | ✓ |
| Power Steering | ✓ | ✓ | ✓ | ✓ |
| Power Brakes | ✓ | ✓ | ✓ | ✓ |
| Power Windows | ✓ | ✓ | ✓ | ✓ |
| Power Locks | ✓ | ✓ | ✓ | ✓ |
| Power Mirrors | ✓ | ✓ | ✓ | ✓ |
| Power Driver Seat | ✓ | ✓ | x | x |
| Power Trunk/Gate Release | ✓ | ✓ | ✓ | ✓ |
| Air Conditioning | ✓ | ✓ | ✓ | ✓ |
| Tilt Wheel | ✓ | ✓ | ✓ | ✓ |
| Cruise Control | ✓ | ✓ | ✓ | ✓ |
| Rear Defogger | ✓ | ✓ | ✓ | ✓ |
| Intermittent Wipers | ✓ | ✓ | ✓ | ✓ |

Comp 4    Updated Date: 12/08/2017
**2013 Hyundai Sonata Gls Automatic 4**
**2.4l Gasoline Direct Injection**
VIN 5NPEB4AC9DH527124
**Dealership Hyundai Of Wesley Chapel**
**Telephone (813) 751-0999**
**Source** Autotrader
**Stock #** H172448A
**Distance from Land O Lakes, FL**
8 Miles - Wesley Chapel, FL

Comp 6    Updated Date: 11/03/2017
**2013 Hyundai Sonata Gls Automatic 4**
**2.4l Gasoline Direct Injection**
VIN 5NPEB4ACXDH714906
**Dealership Prespa Auto Sales**
**Telephone (813) 374-8640**
**Source** Autotrader
**Stock #** 5594465
**Distance from Land O Lakes, FL**
13 Miles - Tampa, FL

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

USAA Confidential

0901119c9d4c5b9c

10/1/2018 5:00 PM Electronically Filed: Hillsborough County/13th Judicial Circuit Page 31

# CCC≡ONE MARKET VALUATION REPORT

 COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 4 | Comp 5 | Comp 6 |
|---|---|---|---|---|
| Console/Storage | ✓ | ✓ | ✓ | ✓ |
| Overhead Console | ✓ | ✓ | ✗ | ✓ |
| Keyless Entry | ✓ | ✓ | ✓ | ✓ |
| Telescopic Wheel | ✓ | ✓ | ✓ | ✓ |
| Home Link | ✓ | ✗ | ✗ | ✗ |
| Remote Starter | ✗ | ✓ | ✗ | ✗ |
| Cloth Seats | ✓ | ✓ | ✓ | ✓ |
| Bucket Seats | ✓ | ✓ | ✓ | ✓ |
| Reclining/Lounge Seats | ✓ | ✗ | ✗ | ✗ |
| Heated Seats | ✓ | ✗ | ✓ | ✗ |
| AM Radio | ✓ | ✓ | ✓ | ✓ |
| FM Radio | ✓ | ✓ | ✓ | ✓ |
| Stereo | ✓ | ✓ | ✓ | ✓ |
| Search/Seek | ✓ | ✓ | ✓ | ✓ |
| CD Player | ✓ | ✓ | ✓ | ✓ |
| Steering Wheel Touch Controls | ✓ | ✓ | ✓ | ✓ |
| Auxiliary Audio Connection | ✓ | ✓ | ✓ | ✓ |
| Satellite Radio | ✓ | ✓ | ✓ | ✓ |
| Aluminum/Alloy Wheels | ✓ | ✓ | ✓ | ✓ |
| Locking Wheels | ✓ | ✗ | ✗ | ✓ |
| Drivers Side Air Bag | ✓ | ✓ | ✓ | ✓ |
| Passenger Air Bag | ✓ | ✓ | ✓ | ✓ |
| Anti-lock Brakes (4) | ✓ | ✓ | ✓ | ✓ |
| 4-wheel Disc Brakes | ✓ | ✓ | ✓ | ✓ |
| Front Side Impact Air Bags | ✓ | ✓ | ✓ | ✓ |
| Head/Curtain Air Bags | ✓ | ✓ | ✓ | ✓ |
| Communications System | ✓ | ✓ | ✓ | ✓ |
| Hands Free | ✓ | ✓ | ✓ | ✓ |
| Alarm | ✓ | ✓ | ✓ | ✓ |
| Traction Control | ✓ | ✓ | ✓ | ✓ |
| Stability Control | ✓ | ✓ | ✓ | ✓ |
| Dual Mirrors | ✓ | ✓ | ✓ | ✓ |
| Heated Mirrors | ✓ | ✓ | ✓ | ✓ |
| Tinted Glass | ✗ | ✓ | ✓ | ✓ |
| Aftermarket Film Tint | ✓ | ✗ | ✗ | ✗ |
| Fog Lamps | ✓ | ✓ | ✗ | ✗ |
| Clearcoat Paint | ✓ | ✗ | ✗ | ✗ |
| Metallic Paint | ✓ | ✗ | ✓ | ✓ |
| | | | | |
| List Price | | $ 8,715 | $ 8,995 | $ 10,495 |

Comp 6    Updated Date: 11/29/2017
2013 Hyundai Sonata Gls Automatic 4
2.4l Gasoline Direct Injection
VIN 5NPEB4AC3DH702600
Dealership Hyundai Of New Port Riche
Telephone (727) 753-0264
Source Autotrader
Stock # 178432A
Distance from Land O Lakes, FL
16 Miles - New Port Richey, FL

Comparable vehicles used in the
determination of the Base Vehicle Value
are not intended to be replacement
vehicles but are reflective of the market
value, and may no longer be available
for sale.

List Price is the sticker price of an
inspected dealer vehicle and the
advertised price for the advertised
vehicle.

Distance is based upon a straight line
between loss and comparable vehicle
locations.

¹The Condition Adjustment sets that
comparable vehicle to Good condition,
which the loss vehicle is also compared
to in the Vehicle Condition section.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

0901119c9d4c5b9c

USAA Confidential

# CCC ONE MARKET VALUATION REPORT

## COMPARABLE VEHICLES

**Adjustments:**

| | | | |
|---|---|---|---|
| Options | + $ 172 | + $ 199 | + $ 349 |
| Mileage | + $ 1,851 | + $ 289 | + $ 140 |
| Condition[1] | – $ 681 | – $ 681 | – $ 681 |

| Options | Loss Vehicle | Comp 7 | Comp 8 | Comp 9 |
|---|---|---|---|---|
| Odometer | 57,827 | 44,555 | 44,079 | 40,704 |
| Automatic Transmission | ✓ | ✓ | ✓ | ✓ |
| Overdrive | ✓ | ✓ | ✓ | ✓ |
| Power Steering | ✓ | ✓ | ✓ | ✓ |
| Power Brakes | ✓ | ✓ | ✓ | ✓ |
| Power Windows | ✓ | ✓ | ✓ | ✓ |
| Power Locks | ✓ | ✓ | ✓ | ✓ |
| Power Mirrors | ✓ | ✓ | ✓ | ✓ |
| Power Driver Seat | ✓ | ✓ | ✓ | ✓ |
| Power Trunk/Gate Release | ✓ | ✓ | ✓ | ✓ |
| Air Conditioning | ✓ | ✓ | ✓ | ✓ |
| Tilt Wheel | ✓ | ✓ | ✓ | ✓ |
| Cruise Control | ✓ | ✓ | ✓ | ✓ |
| Rear Defogger | ✓ | ✓ | ✓ | ✓ |
| Intermittent Wipers | ✓ | ✓ | ✓ | ✓ |
| Console/Storage | ✓ | ✓ | ✓ | ✓ |
| Overhead Console | ✓ | X | X | X |
| Keyless Entry | ✓ | ✓ | ✓ | ✓ |
| Telescopic Wheel | ✓ | ✓ | ✓ | ✓ |
| Home Link | ✓ | X | X | X |
| Remote Starter | X | ✓ | X | X |
| Cloth Seats | ✓ | ✓ | ✓ | ✓ |
| Bucket Seats | ✓ | ✓ | ✓ | ✓ |
| Reclining/Lounge Seats | ✓ | X | X | X |
| Heated Seats | ✓ | ✓ | ✓ | ✓ |
| AM Radio | ✓ | ✓ | ✓ | ✓ |
| FM Radio | ✓ | ✓ | ✓ | ✓ |
| Stereo | ✓ | ✓ | ✓ | ✓ |
| Search/Seek | ✓ | ✓ | ✓ | ✓ |
| CD Player | ✓ | ✓ | ✓ | ✓ |
| Steering Wheel Touch Controls | ✓ | ✓ | ✓ | ✓ |
| Auxiliary Audio Connection | ✓ | ✓ | ✓ | ✓ |
| Satellite Radio | ✓ | ✓ | ✓ | ✓ |

**Comp 7**    Updated Date: 10/03/2017
2013 Hyundai Sonata Gls Automatic 4
2.4l Gasoline Direct Injection
VIN 5NPEB4AC3DH554783
**Dealership** Drivetime Tampa-n Florida
**Telephone** (813) 931-8717
**Source** Autotrader
**Stock #** 1060168911
**Distance from Land O Lakes, FL**
15 Miles - Tampa, FL

**Comp 8**    Updated Date: 11/28/2017
2013 Hyundai Sonata Gls Automatic 4
2.4l Gasoline Direct Injection
VIN 5NPEB4AC9DH511232
**Dealership** Ferman On Florida
**Contact** Mike Dowd
**Telephone** (813) 931-6200
**Source** Inspected Inventory
**Stock #** NI1787
**Distance from Land O Lakes, FL**
15 Miles - Tampa, FL

**Comp 9**    Updated Date: 10/21/2017
2013 Hyundai Sonata Gls Automatic 4
2.4l Gasoline Direct Injection
VIN 5NPEB4AC5DH741513
**Dealership** Drivetime Tampa-n Florida
**Telephone** (813) 931-8717
**Source** Autotrader
**Stock #** 1120138267
**Distance from Land O Lakes, FL**
15 Miles - Tampa, FL

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

USAA Confidential

0901119c9d4c5b9c

10/1/2018 5:00 PM Electronically Filed: Hillsborough County/13th Judicial Circuit Page 33

 COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 7 | Comp 8 | Comp 9 |
|---|---|---|---|---|
| Aluminum/Alloy Wheels | ✓ | ✓ | ✓ | ✓ |
| Locking Wheels | ✓ | ✗ | ✗ | ✗ |
| Drivers Side Air Bag | ✓ | ✓ | ✓ | ✓ |
| Passenger Air Bag | ✓ | ✓ | ✓ | ✓ |
| Anti-lock Brakes (4) | ✓ | ✓ | ✓ | ✓ |
| 4-wheel Disc Brakes | ✓ | ✓ | ✓ | ✓ |
| Front Side Impact Air Bags | ✓ | ✓ | ✓ | ✓ |
| Head/Curtain Air Bags | ✓ | ✓ | ✓ | ✓ |
| Communications System | ✓ | ✓ | ✓ | ✓ |
| Hands Free | ✓ | ✓ | ✓ | ✓ |
| Alarm | ✓ | ✓ | ✓ | ✓ |
| Traction Control | ✓ | ✓ | ✓ | ✓ |
| Stability Control | ✓ | ✓ | ✓ | ✓ |
| Dual Mirrors | ✓ | ✓ | ✓ | ✓ |
| Heated Mirrors | ✓ | ✓ | ✓ | ✓ |
| Tinted Glass | ✗ | ✓ | ✗ | ✓ |
| Aftermarket Film Tint | ✗ | ✗ | ✗ | ✗ |
| Privacy Glass | ✗ | ✗ | ✓ | ✗ |
| Fog Lamps | ✓ | ✗ | ✓ | ✓ |
| Clearcoat Paint | ✓ | ✗ | ✗ | ✗ |
| Metallic Paint | ✓ | ✗ | ✗ | ✓ |
| | | | | |
| **List Price** | | $ 13,295 | $ 11,019 | $ 12,795 |
| **Take Price** | | | $ 11,019 | |
| **Adjustments:** | | | | |
| Options | | + $ 62 | + $ 1 | + $ 80 |
| Mileage | | - $ 626 | - $ 649 | - $ 806 |
| Condition¹ | | - $ 681 | - $ 681 | - $ 681 |
| **Adjusted Comparable Value** | | $12,050 | $ 9,690 | $ 11,388 |

**Take Price** is the amount that the dealership will accept to sell the inspected vehicle, though a lower price may be obtainable through negotiation.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

¹The **Condition Adjustment** sets that comparable vehicle to Good condition, which the loss vehicle is also compared to in the Vehicle Condition section.

| Options | Loss Vehicle | Comp 10 | Comp 11 | Comp 12 |
|---|---|---|---|---|
| Odometer | 57,627 | 61,953 | 70,257 | 76,646 |
| Automatic Transmission | ✓ | ✓ | ✓ | ✓ |
| Overdrive | ✓ | ✓ | ✓ | ✓ |
| Power Steering | ✓ | ✓ | ✓ | ✓ |
| Power Brakes | ✓ | ✓ | ✓ | ✓ |
| Power Windows | ✓ | ✓ | ✓ | ✓ |
| Power Locks | ✓ | ✓ | ✓ | ✓ |

**Comp 10**    Updated Date: 11/29/2017
**2013 Hyundai Sonata Gls Automatic 4**
**2.4l Gasoline Direct Injection**
VIN 5NPEB4AC3DH640695
**Dealership** Hyundai Of New Port Riche
**Telephone** (727) 753-0264
**Source** Autotrader
**Stock #** 181321A
**Distance from** Land O Lakes, FL
16 Miles - New Port Richey, FL

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

USAA Confidential

0901119c9d4c5b9c

10/1/2018 5:00 PM Electronically Filed: Hillsborough County/13th Judicial Circuit Page 34

# CCC ONE. MARKET VALUATION REPORT

 COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 10 | Comp 11 | Comp 12 |
|---|---|---|---|---|
| Power Mirrors | ✓ | ✓ | ✓ | ✓ |
| Power Driver Seat | ✓ | ✗ | ✗ | ✓ |
| Power Trunk/Gate Release | ✓ | ✓ | ✓ | ✓ |
| Air Conditioning | ✓ | ✓ | ✓ | ✓ |
| Climate Control | ✗ | ✗ | ✗ | ✓ |
| Tilt Wheel | ✓ | ✓ | ✓ | ✓ |
| Cruise Control | ✓ | ✓ | ✓ | ✓ |
| Rear Defogger | ✓ | ✓ | ✓ | ✓ |
| Intermittent Wipers | ✓ | ✓ | ✓ | ✓ |
| Console/Storage | ✓ | ✓ | ✓ | ✓ |
| Overhead Console | ✓ | ✓ | ✗ | ✓ |
| Keyless Entry | ✓ | ✓ | ✓ | ✓ |
| Telescopic Wheel | ✓ | ✓ | ✓ | ✓ |
| Home Link | ✓ | ✗ | ✗ | ✓ |
| Wood Interior Trim | ✗ | ✗ | ✗ | ✓ |
| Cloth Seats | ✓ | ✓ | ✓ | ✓ |
| Bucket Seats | ✓ | ✓ | ✓ | ✓ |
| Reclining/Lounge Seats | ✓ | ✗ | ✗ | ✗ |
| Heated Seats | ✓ | ✗ | ✗ | ✓ |
| AM Radio | ✓ | ✓ | ✓ | ✓ |
| FM Radio | ✓ | ✓ | ✓ | ✓ |
| Stereo | ✓ | ✓ | ✓ | ✓ |
| Search/Seek | ✓ | ✓ | ✓ | ✓ |
| CD Player | ✓ | ✓ | ✓ | ✓ |
| Steering Wheel Touch Controls | ✓ | ✓ | ✓ | ✓ |
| Auxiliary Audio Connection | ✓ | ✓ | ✓ | ✓ |
| Premium Radio | ✗ | ✗ | ✗ | ✓ |
| Satellite Radio | ✓ | ✓ | ✓ | ✓ |
| Aluminum/Alloy Wheels | ✓ | ✓ | ✓ | ✓ |
| Locking Wheels | ✓ | ✓ | ✗ | ✗ |
| Drivers Side Air Bag | ✓ | ✓ | ✓ | ✓ |
| Passenger Air Bag | ✓ | ✓ | ✓ | ✓ |
| Anti-lock Brakes (4) | ✓ | ✓ | ✓ | ✓ |
| 4-wheel Disc Brakes | ✓ | ✓ | ✓ | ✓ |
| Front Side Impact Air Bags | ✓ | ✓ | ✓ | ✓ |
| Head/Curtain Air Bags | ✓ | ✓ | ✓ | ✓ |
| Communications System | ✓ | ✓ | ✓ | ✓ |
| Hands Free | ✓ | ✓ | ✓ | ✓ |
| Alarm | ✓ | ✓ | ✓ | ✓ |
| Traction Control | ✓ | ✓ | ✓ | ✓ |

Comp 11      Updated Date: 10/15/2017
2013 Hyundai Sonata Gls Automatic 4
2.4l Gasoline Direct Injection
VIN 5NPEB4AC7DH787800
Dealership Tampa Bay Autos
Telephone (727) 535-6222
Source Truecar
Stock # 7613
Distance from Land O Lakes, FL
16 Miles - New Port Richey, FL

Comp 12      Updated Date: 10/13/2017
2013 Hyundai Sonata Gls Automatic 4
2.4l Gasoline Direct Injection
VIN 5NPEB4AC4DH678324
Dealership Hyundai Of New Port Riche
Telephone (727) 753-0264
Source Autotrader
Stock # 178067A
Distance from Land O Lakes, FL
16 Miles - New Port Richey, FL

Comparable vehicles used in the
determination of the Base Vehicle Value
are not intended to be replacement
vehicles but are reflective of the market
value, and may no longer be available
for sale.

List Price is the sticker price of an
inspected dealer vehicle and the
advertised price for the advertised
vehicle.

Distance is based upon a straight line
between loss and comparable vehicle
locations.

*The Condition Adjustment sets that
comparable vehicle to Good condition,
which the loss vehicle is also compared
to in the Vehicle Condition section.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

0901119c9d4c5b9c

USAA Confidential

10/1/2018 5:00 PM Electronically Filed: Hillsborough County/13th Judicial Circuit Page 35

# CCC ONE MARKET VALUATION REPORT

 COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 10 | Comp 11 | Comp 12 |
|---|---|---|---|---|
| Stability Control | ✓ | ✓ | ✓ | ✓ |
| Dual Mirrors | ✓ | ✓ | ✓ | ✓ |
| Heated Mirrors | ✓ | ✓ | ✓ | ✓ |
| Tinted Glass | ✗ | ✓ | ✓ | ✓ |
| Aftermarket Film Tint | ✓ | ✗ | ✗ | ✗ |
| Fog Lamps | ✓ | ✗ | ✗ | ✓ |
| Rear Spoiler | ✗ | ✓ | ✗ | ✗ |
| Clearcoat Paint | ✓ | ✗ | ✗ | ✗ |
| Metallic Paint | ✓ | ✓ | ✓ | ✗ |
| | | | | |
| **List Price** | | $ 9,995 | $ 7,999 | $ 9,995 |
| **Adjustments:** | | | | |
| | Options | + $ 230 | + $ 349 | - $ 79 |
| | Mileage | + $ 234 | + $ 733 | + $ 1,157 |
| | Condition[1] | - $ 681 | - $ 681 | - $ 681 |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

USAA Confidential

0901119c9d4c5b9c

# VALUATION NOTES

This Market Valuation Report has been prepared exclusively for use by USAA, and no other person or entity is entitled to or should rely upon this Market Valuation Report and/or any of its contents. CCC is one source of vehicle valuations, and there are other valuation sources available.

Statutes concerning vehicle value include Florida Statute XXXVII - 626.9743.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

0901119c9d4c5b9c

USAA Confidential

10/1/2018 5:00 PM Electronically Filed: Hillsborough County/13th Judicial Circuit Page 37

# CCC ONE MARKET VALUATION REPORT

# SUPPLEMENTAL INFORMATION

## SALVAGE TITLE THRESHOLD

Salvage title threshold amount:                    $ 9,060.00

##  VEHICLE HISTORY INFORMATION

### VINguard®

VINguard® Message: VINguard has decoded this VIN without any errors

### Vehicle Market History Information:

| | |
|---|---|
| This vehicle was reported to CCC on 01/29/2017 | Mileage: 43709 |
| Location: TrueCar in WESLEY CHAPEL, FL | |
| This vehicle was reported to CCC on 01/29/2017 | Mileage: 43709 |
| Location: TrueCar in WESLEY CHAPEL, FL | |
| This vehicle was reported to CCC on 01/29/2017 | Mileage: 43709 |
| Location: TrueCar in WESLEY CHAPEL, FL | |
| This vehicle was reported to CCC on 01/29/2017 | Mileage: 43709 |
| Location: TrueCar in WESLEY CHAPEL, FL | |
| This vehicle was reported to CCC on 02/06/2017 | Mileage: 43709 |
| Location: AutoTrader in WESLEY CHAPEL, FL | |
| This vehicle was reported to CCC on 02/06/2017 | Mileage: 43709 |
| Location: AutoTrader in WESLEY CHAPEL, FL | |
| This vehicle was reported to CCC on 02/06/2017 | Mileage: 43709 |
| Location: AutoTrader in WESLEY CHAPEL, FL | |
| This vehicle was reported to CCC on 02/06/2017 | Mileage: 43709 |
| Location: AutoTrader in WESLEY CHAPEL, FL | |
| This vehicle was reported to CCC on 02/02/2017 | Mileage: 43709 |
| Location: AutoTrader in WESLEY CHAPEL, FL | |
| This vehicle was reported to CCC on 02/02/2017 | Mileage: 43709 |
| Location: AutoTrader in WESLEY CHAPEL, FL | |
| This vehicle was reported to CCC on 02/02/2017 | Mileage: 43709 |
| Location: AutoTrader in WESLEY CHAPEL, FL | |
| This vehicle was reported to CCC on 02/02/2017 | Mileage: 43709 |
| Location: AutoTrader in WESLEY CHAPEL, FL | |
| This vehicle was reported to CCC on 01/29/2017 | Mileage: 43709 |
| Location: AutoTrader in WESLEY CHAPEL, FL | |
| This vehicle was reported to CCC on 01/29/2017 | Mileage: 43709 |
| Location: AutoTrader in WESLEY CHAPEL, FL | |
| This vehicle was reported to CCC on 01/29/2017 | Mileage: 43709 |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

0901119c9d4c5b9c

USAA Confidential

# SUPPLEMENTAL INFORMATION

## VEHICLE HISTORY INFORMATION

Location: AutoTrader in WESLEY CHAPEL, FL

This vehicle was reported to CCC on 01/29/2017    Mileage: 43709

Location: AutoTrader in WESLEY CHAPEL, FL

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

0901119c9d4c5b9c

USAA Confidential

10/1/2018 5:00 PM Electronically Filed: Hillsborough County/13th Judicial Circuit Page 39

# CCC▦ONE MARKET VALUATION REPORT

# SUPPLEMENTAL INFORMATION

 **EXPERIAN® AUTOCHECK® VEHICLE HISTORY REPORT**

CCC provides USAA information reported by Experian regarding the 2013 Hyundai Sonata (5NPEC4AC1DH685728). This data is provided for informational purposes. Unless otherwise noted in this Valuation Detail, CCC does not adjust the value of the loss vehicle based upon this information.

**TITLE CHECK** — **RESULTS FOUND**

| | |
|---|---|
| Abandoned | ✔ No Abandoned Record Found |
| Damaged | ✔ No Damaged Record Found |
| Fire Damage | ✔ No Fire Damage Record Found |
| Grey Market | ✔ No Grey Market Record Found |
| Hail Damage | ✔ No Hail Damage Record Found |
| Insurance Loss | ● Insurance Loss Record Found |
| Junk | ✔ No Junk Record Found |
| Rebuilt | ✔ No Rebuilt Record Found |
| Salvage | ✔ No Salvage Record Found |

**EVENT CHECK** — **RESULTS FOUND**

| | |
|---|---|
| NHTSA Crash Test Vehicle | ✔ No NHTSA Crash Test Vehicle Record Found |
| Frame Damage | ✔ No Frame Damage Record Found |
| Major Damage Incident | ● Major Damage Incident Record Found |
| Manufacturer Buyback/Lemon | ✔ No Manufacturer Buyback/Lemon Record Found |
| Odometer Problem | ✔ No Odometer Problem Record Found |
| Recycled | ✔ No Recycled Record Found |
| Water Damage | ✔ No Water Damage Record Found |
| Salvage Auction | ✔ No Salvage Auction Record Found |

**VEHICLE INFORMATION** — **RESULTS FOUND**

| | |
|---|---|
| Accident | ▤ Accident Record Found |
| Corrected Title | ✔ No Corrected Title Record Found |
| Driver Education | ✔ No Driver Education Record Found |
| Fire Damage Incident | ✔ No Fire Damage Incident Record Found |
| Lease | ✔ No Lease Record Found |
| Lien | ✔ No Lien Record Found |
| Livery Use | ✔ No Livery Use Record Found |
| Government Use | ✔ No Government Use Record Found |
| Police Use | ✔ No Police Use Record Found |
| Fleet | ✔ No Fleet Record Found |
| Rental | ✔ No Rental Record Found |
| Fleet and/or Rental | ✔ No Fleet and/or Rental Record Found |
| Repossessed | ✔ No Repossessed Record Found |
| Taxi use | ✔ No Taxi use Record Found |
| Theft | ✔ No Theft Record Found |
| Fleet and/or Lease | ✔ No Fleet and/or Lease Record Found |
| Emissions Safety Inspection | ✔ No Emissions Safety Inspection Record Found |
| Duplicate Title | ✔ No Duplicate Title Record Found |

**LEGEND :**

✔ No Event Found
● Event Found
▤ Information Needed

**TITLE CHECK**
EVENT FOUND
AutoCheck's database for this loss vehicle found historical events that might indicate a significant automotive problem. These problems can indicate past automotive damage or warnings associated with the vehicle title.

**EVENT CHECK**
EVENT FOUND
AutoCheck's database for this loss vehicle found historical events that might indicate a significant automotive problem. These problems can indicate past automotive damage or warnings associated with the vehicle title."

**VEHICLE INFORMATION**
INFORMATION FOUND
AutoCheck found additional information on this vehicle. These records will provide more history for this loss vehicle

**ODOMETER CHECK**
THIS VEHICLE CHECKS OUT
AutoCheck's result for this loss vehicle show no indication of odometer rollback or tampering was found. AutoCheck determines odometer rollbacks by searching for records that indicate odometer readings less than a previously reported value. Other odometer events can report events of tampering, or possible odometer breakage.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

0901119c9d4c5b9c

USAA Confidential

# SUPPLEMENTAL INFORMATION

📖 **FULL HISTORY REPORT RUN DATE: 12/20/2017**

Below are the historical events for this vehicle listed in chronological order.

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 02/01/2013 | FL | | Independent Source | VEHICLE MANUFACTURED AND SHIPPED TO DEALER |
| 02/14/2013 | LAND O LAKES, FL | 16 | Motor Vehicle Dept. | TITLE (Lien Reported) |
| 02/14/2013 | LAND O LAKES, FL | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 02/26/2013 | LAND O LAKES, FL | | Motor Vehicle Dept. | TITLE (Lien Reported) |
| 03/21/2014 | LAND O LAKES, FL | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 03/26/2015 | LAND O LAKES, FL | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 04/05/2016 | LAND O LAKES, FL | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 02/12/2017 | FL | 43709 | Motor Vehicle Dept. | ODOMETER READING FROM DMV |
| 02/12/2017 | LAND O LAKES, FL | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 02/14/2017 | LAND O LAKES, FL | | Motor Vehicle Dept. | TITLE (Lien Reported) |
| 03/03/2017 | LAND O LAKES, FL | | Motor Vehicle Dept. | TITLE (Lien Reported) |
| 03/21/2017 | | | Manufacturer | MANUFACTURER RECALL |
| 06/23/2017 | | | Manufacturer | MANUFACTURER RECALL |
| 12/11/2017 | FL | | State Agency | FRONT IMPACT WITH ANOTHER VEHICLE |
| 12/11/2017 | FL | | State Agency | AIR BAG DEPLOYED |
| 12/11/2017 | FL | | State Agency | VEHICLE DAMAGE REPORTED AS DISABLING |
| 12/12/2017 | FL | | Auto Insurance Source | VEHICLE REPORTED AS TOTAL LOSS |
| 12/12/2017 | | | Auto Insurance Source | VEHICLE LOSS CAUSED BY COLLISION |

**AUTOCHECK TERMS AND CONDITIONS:**

Experian's Reports are compiled from multiple sources. It is not always possible for Experian to obtain complete discrepancy information on all vehicles; therefore, there may be other title brands, odometer readings or discrepancies that apply to a vehicle that are not reflected on that vehicle's Report. Experian searches data from additional sources where possible, but all discrepancies may not be reflected on the Report.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

0901119c9d4c5b9c

USAA Confidential

# SUPPLEMENTAL INFORMATION

These Reports are based on information supplied to Experian by external sources believed to be reliable, BUT NO RESPONSIBILITY IS ASSUMED BY EXPERIAN OR ITS AGENTS FOR ERRORS, INACCURACIES OR OMISSIONS. THE REPORTS ARE PROVIDED STRICTLY ON AN "AS IS WHERE IS" BASIS, AND EXPERIAN FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE REGARDING THIS REPORT.

YOU AGREE TO INDEMNIFY EXPERIAN FOR ANY CLAIMS OR LOSSES, INCLUDING COSTS, EXPENSES AND ATTORNEYS FEES, INCURRED BY EXPERIAN ARISING DIRECTLY OR INDIRECTLY FROM YOUR IMPROPER OR UNAUTHORIZED USE OF AUTOCHECK VEHICLE HISTORY REPORTS.

Experian shall not be liable for any delay or failure to provide an accurate report if and to the extent which such delay or failure is caused by events beyond the reasonable control of Experian, including, without limitation, "acts of God", terrorism, or public enemies, labor disputes, equipment malfunctions, material or component shortages, supplier failures, embargoes, rationing, acts of local, state or national governments, or public agencies, utility or communication failures or delays, fire, earthquakes, flood, epidemics, riots and strikes.

These terms and the relationship between you and Experian shall be governed by the laws of the State of Illinois (USA) without regard to its conflict of law provisions. You and Experian agree to submit to the personal and exclusive jurisdiction of the courts located within the county of Cook, Illinois.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

0901119c9d4c5b9c

**USAA Confidential**

# CCC≋ONE MARKET VALUATION REPORT

## SUPPLEMENTAL INFORMATION

 **NHTSA VEHICLE RECALL**

The National Highway Traffic Safety Administration has issued 5 safety related recall notices that may apply to the above valued vehicle.

**NHTSA Campaign ID :** 12V352000

**Mfg's Report Date :** JUL 24, 2012

**Component :** AIR BAGS:SIDE/WINDOW

**Potential Number Of Units Affected :** 22,512

**Summary :** Hyundai is recalling certain model year 2012-2013 Hyundai Sonata passenger cars, manufactured from January 24, 2012, through June 21, 2012. The curtain side airbags on these vehicles may inflate without deployment command due to an error during manufacturing.

**Consequence :** The curtain airbag may inflate without deployment command and increase the risk of injury to occupants of the vehicle. Additionally, an unexpected deployment would be a significant driver distraction and would limit the driver's visibility, increasing the risk of a crash.

**Remedy :** Hyundai dealers will notify owners, and dealers will replace the curtain side airbags free of charge. This recall is expected to begin during August 2012. Owners may contact Hyundai at 1-800-633-5151.

**Notes :** Hyundai's recall campaign number is 106. Customers may contact The National Highway Traffic Safety Vehicle Safety Administrations Hotline at 1-888-327-4236 (TTY: 1-800-424-9153); or go to HTTP://WWW.SAFERCAR.GOV.

---

**NHTSA Campaign ID :** 14V434000

**Mfg's Report Date :** JUL 18, 2014

**Potential Number Of Units Affected :** 883,000

**Summary :** Hyundai Motor Company (Hyundai) is recalling certain model year 2011-2014 Sonata vehicles manufactured December 11, 2009, through May 29, 2014. In the affected vehicles, the transmission shift cable may detach from from the shift lever pin.

**Consequence :** If the transmission shift cable detaches, the transmission gear selection may not match the indicated gear and the vehicle may move in an unintended or unexpected direction, increasing the risk of a crash. Furthermore, when the driver parks the vehicle, despite selecting the 'PARK' position, the transmission may not be in 'PARK.' If the vehicle is not in the 'PARK' position and the parking brake is not applied, there is a risk the vehicle will roll away as the driver and other occupants exit the vehicle or anytime thereafter. A vehicle rollaway increases the risk of injury to exiting occupants and bystanders.

**Remedy :** Hyundai will notify owners, and dealers will inspect and, as necessary, repair the connection between the shift cable and shift lever, free of charge. The manufacturer has not yet provided a notification schedule. Owners may contact Hyundai customer service at 1-800-633-5151. Hyundai's number for this recall is 123.

**Notes :** Owners may also contact the National Highway Traffic Safety Administration Vehicle Safety Hotline at 1-888-327-4236 (TTY 1-800-424-9153), or go to www.safercar.gov.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

0901119c9d4c5b9c

USAA Confidential

# SUPPLEMENTAL INFORMATION

---

**NHTSA Campaign ID :** 17V152000

**Mfg's Report Date :** March 8, 2017

**Component :** SEAT BELTS

**Potential Number Of Units Affected :** 977,778

**Summary :** Hyundai Motor America (Hyundai) is recalling certain 2011-2014 Sonata and 2011-2015 Sonata Hybrid vehicles. In the affected vehicles, the seat belt linkages for both front seat belts may detach from the seat belt anchor pretensioners.

**Consequence :** In the event of a crash, if the seat belts detach from the anchor pretensioners, it can increase the risk of injury.

**Remedy :** Hyundai will notify owners and dealers will inspect the connection between the seat belt linkages and the seat belt anchor pretensioners, repairing them as necessary, free of charge. The recall is expected to begin April 7, 2017. Owner's may contact Hyundai customer service at 1-855-371-9460. Hyundai's number for the recall is 160.

---

**NHTSA Campaign ID :** 17V226000

**Mfg's Report Date :** March 31, 2017

**Component :** ENGINE AND ENGINE COOLING

**Potential Number Of Units Affected :** 572,000

**Summary :** Hyundai Motor America (Hyundai) is recalling certain 2013-2014 Sonata and Santa Fe Sport vehicles. Machining errors during the engine manufacturing process may cause premature bearing wear within the engine.

**Consequence :** Bearing wear may result in the engine seizing, increasing the risk of a crash.

**Remedy :** Hyundai will notify owners, and dealers will inspect the engine, replacing the engine short block, as necessary, free of charge. The recall is expected to begin May 19, 2017. Owners may contact Hyundai customer service at 1-800-633-5151. Hyundai's number for this recall is 162.

---

**NHTSA Campaign ID :** 17V617000

**Mfg's Report Date :** October 4, 2017

**Potential Number Of Units Affected :** 443,545

**Summary :** Hyundai Motor America (Hyundai) is recalling certain 2011-2014 Sonata and 2011-2015 Sonata Hybrid vehicles previously repaired under recall campaign 17V-152. The seat belt linkages for both front seat belts may detach from the seat belt anchor pretensioners.

**Consequence :** If the seat belt linkage detaches from the seat belt anchorage, it can not properly restrain the occupant in the event of a crash, increasing the risk of injury.

---

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

0901119c9d4c5b9c

USAA Confidential

# SUPPLEMENTAL INFORMATION

**Remedy :** Hyundai will notify owners, and dealers will again verify the connection between the seat belt linkage and the pretensioner and additionally install a warning label to prevent future seat belt linkage detachment, free of charge. The recall is expected to begin in October 2017. Owners may contact Hyundai customer service at 1-855-371-9460. Hyundai's number for this recall is 169.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

0901119c9d4c5b9c

USAA Confidential

Exhibit B



## Vehicle Information

| | |
|---|---|
| Vehicle: | 2013 Hyundai Sonata Sedan 4D SE 2.4L I4 |
| Reference #: | Spears 017603066000000009001 |
| Region: | Southeastern |
| Period: | December 12, 2017 |
| VIN: | 5NPEC4AC1DH685728 |
| Mileage: | 57,627 |
| Base MSRP: | $23,345 |
| Typically Equipped MSRP: | $24,340 |
| Weight: | 3,199 |



## NADA Used Cars/Trucks Values

| Auction* | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Low | $5,875 | $486 | N/A | **$6,361** |
| Average | $8,500 | $486 | N/A | **$8,986** |
| High | $11,150 | $486 | N/A | **$11,636** |
| **Trade-In** | | | | |
| Rough | $7,250 | $550 | N/A | **$7,800** |
| Average | $8,350 | $550 | N/A | **$8,900** |
| Clean | $9,250 | $550 | N/A | **$9,800** |
| | | | | |
| Clean Loan | $8,325 | $550 | N/A | **$8,875** |
| Clean Retail | $11,475 | $550 | N/A | **$12,025** |

* he auction values displayed include typical eqiupment and adjustments for mileage and any of the following applicable accessories engine size drivetrain and trim

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Aluminum/Alloy Wheels | w/body | w/body |
| Power Seat | w/body | w/body |

NADA Used Car Guide assumes no responsibility or liability or any errors or omissions or any revisions or additions made by anyone on this report
NADA Used Car Guide and its logo are registered trademarks o  National Automobile Dealers Association  used under license by J D  Power and Associates
©2018 J D Power and Associates